UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:00CR376-SNL |
| ) | |
| CHRISTIAN HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on January 10, 2001. Upon further review of the restitution ordered in this matter, the Court has determined that Shane Patrick Furnish (4:00-CR-0376-SNL) and Johnny Saenz (4:00-CR-0376-SNL) shall be jointly and severally liable with defendant Christian Hernandez for the restitution ordered in the judgment dated January 10, 2001.

Dated this 9th day of August, 2005.

*/s/ Stephen N. Limbaugh/*

**SENIOR UNITED STATES DISTRICT JUDGE**